**Order entered February 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01169-CV

**JAMES PHELPS, ET AL., Appellants**

**V.**

**EFRAIN GARCIA, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07686**

## ORDER

The Court has before it appellant James Phelps's January 28, 2013 second motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant James Phelps to file his brief by February 11, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE